UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Bryan Schneider

|  |  |
|---|---|
| Plaintiff(s), | CASE NO.   19-10231 |
| v. | JUDGE   Marianne O Battani |

Fiat Chrysler Automobiles. et al

Defendant(s).
_____

## NOTICE OF MULTI DISTRICT LITIGATION TRANSFER

TO:   U.S. District Court
      Northern District of California

The above entitled case has been transferred to your Court pursuant to a CONDITIONAL TRANSFER ORDER in Multi District Litigation 2777.

## NOTICE TO LITIGANTS

Please take notice that the above case has been transferred to the above named Court for inclusion in MULTI DISTRICT LITIGATION 2777.  Please file all future documents with the court listed above.

DAVID J. WEAVER, CLERK OF COURT

Date:  February 8, 2019              By         s/Sarah Schoenherr
                                          Deputy Clerk

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.

DAVID J. WEAVER, CLERK OF COURT

Date:  February 8, 2019              By         s/Sarah Schoenherr
                                          Deputy Clerk